TR. Ct. No 1418385-A

3 Exhibits included
And Request copies made
and filed in Both Causes
35,693-061-07
Clerk Abel Acosta
Criminal Court of Appeals
P.O. Box 12308 Cap Station
Austin Texas 78711

Dated Jan 26th, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Dear Acosta Clerk Abel Acosta: "Attention"

On Either Jan 13th or on Jan 5th, 2014, I had Motions faxed to your Office "No Replies Back", Nor Notice there that you recieved or filed them. This was the only means at that time to Guarantee Court got this Motion to Correct Records there.

Get these Facts Straight Now and send me Notice of this being done! TR. Ct. No 1418385-A does Not have A damn thing to do with Brazo Counties illegal claims of Writ No! 35-693 out of 361st District Court there, That 11.07 No: 1418385 -A is on Conviction Out of Harris County Houston Texas on Hindering Apprehension Charges And Void Priors used illegally there. What is hard to Understand! Correct this problem Now.

Now these "3" Exhibits need copies made of all 3 Copies And filed in Both Causes Because it Affects Out come of Both Cases illegally filed on me

I do not have Access or means to make more copies Here. Send me Notice of Records Being Corrected And Exhibits filed in Both Causes. Respectfully Submitted

Andrew Earl Williams #751192
Andrew Earl Williams #751192
1300 FM 655 Terrel C2-19
Rosharon Texas 77583

Cause No: 1418385 And Cause No: 23-315-361st

Exhibit B

My Copy

| STATE OF TEXAS | § | TEXAS ATTORNEY GENERALS |
| -VS- | § | Office Greg Abbot |
| Andrew Earl Williams | § | Austin Texas 78711 |

Notice Of Habea Corpus Of Appeals, 1107 Actions in These
Cause And Notice's Not To Destroy Evidence in These causes
And Case No# 1418385, 182nd And # 23,315-361st

To The State Of Texas Attorney Generals Office:
Mr. Greg Abbot. In Cause No# 1418385, In causeNo#'s, Harris
County District Clerks Office And District Courts failed To reply OR
file And of my Pro Se Motions, Also same thing happen With
Cause No# 23,315-361st Brazos County District Court's too, Plus
Two differnet New Type's of Evidence in this cause And case
has come To light. Void enhancements And A false statement,
That my Jury Saw and read during my Punishment Phase
of Trial, "That is a lie, "Never Happened period" Do not know
such person in statement period. This was placed in my file by
State of Texas Attorney; DA's And or Texas Dept of Corrections
in my Pen Packets Now. I have Never been in Contact or in
Prison with a Charle David Underwood To my known ledge. State-
ment is a lie. In Cause No# 1418385 order State of Texas Not
To Destroy Evidence, in this cause, Namely Satelite And Video
Recordings of Andrew Earl Williams, And of David Westly Tucker's
Arrest by Attorney's Generals Office. Do Not Destroy! 11:07's
Motion's Will be filed soon. Federal Writs Filed. Respectfully Submitted
Pro Se Andrew Earl William 751192

Executed On                    Defendant, Andrew Earl William #751192
Oct 6th 2014 → Get Copy Of Panola Attorney Generals
Read This →                    Arrest and Video's of David Tucker.

THE STATE OF TEXAS
VS.

ANDREW EARL WILLIAMS
10126 EDWARDS
HOUSTON, TX 77086

00183611

SPN:
DOB: WM 04/15/57
DATE PREPARED: 2/18/2014

D.A. LOG NUMBER:2034642
CJIS TRACKING NO.:9169585202-A001

BY: JSW  DA NO: 002655669
AGENCY:HCSO
O/R NO: HC140023704
ARREST DATE: 02/18/14

NCIC CODE: 4904 04        RELATED CASES:

FELONY CHARGE: HINDERING APPREHENSION
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        1418385
FIRST SETTING DATE:.                     182

BAIL: $NO BOND
PRIOR CAUSE NO:

**WAIVER OF CONSTITUTIONAL RIGHTS, AGREEMENT TO STIPULATE, AND JUDICIAL CONFESSION**

In open court and prior to entering my plea, I waive the right of trial by jury. I also waive the appearance, confrontation, and cross-examination of witnesses, and my right against self-incrimination. The charges against me allege that in Harris County, Texas, ANDREW EARL WILLIAMS, hereafter styled the Defendant, heretofore on or about FEBRUARY 18, 2014, did then and there unlawfully, with intent to hinder the ARREST of DAVID TUCKER under the authority of a warrant, harbor and conceal DAVID TUCKER, and DAVID TUCKER was, as known to the Defendant, charged with a felony.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 28, 1984, in Cause Number 0413605, in the 263RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of FAILING TO STOP AND RENDER ASSISTANCE. *Void. Misdemeanor Offense Falony Punishment at Time illegal Sentence;*

Before the commission of the primary offense, and after the conviction in Cause Number 0413605 was final, the Defendant committed the felony of DRIVING WHILE INTOXICATED and was finally convicted of that offense on JANUARY 26, 1987, in Cause Number 0467558, in the 263RD DISTRICT COURT of HARRIS County, Texas. *Void No Counsels and illegal Sentence Void Enhancements And punishment*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*The State moves to abandon the 2nd ⊙ P.*

*Ch*

*7·10·14*

RECORDER'S MEMORANDUM
This instrument is of poor qua
at the time of imaging

STATE'S
EXHIBIT

ENGAD 800-631-6989

*[handwritten margin annotations, top:]* WATCH Vidio / SATABILITY OF ADDRESS / My Address / EP MEAT 1010? Panola 10110 Edwards / WARRENT not showing correct Address / Both Cause's #14183 85 A / USED Also ON Parola Violation's in / 23-315-361 Illegally / 00265060 / STEVEN Tucker / Exhibit C

THE STATE OF TEXAS
VS.

**DAVID WESLEY TUCKER**
10106 EDWARDS
HOUSTON, TX 77086

00265060

SPN:
DOB: WM 10/13/1961
DATE PREPARED: 8/10/2013

D.A. LOG NUMBER:1982674
CJIS TRACKING NO.:
BY: MM  DA NO: 001938490
AGENCY:HCSO
O/R NO: HC13108310
ARREST DATE: TO BE

*[handwritten:]* Still not Convicted Of This Charge

**FILED** Chris Daniel District Clerk AUG 10 2013 Harris County, Texas Time: By Deputy

NCIC CODE: 1314.21

RELATED CASES:

FELONY CHARGE: Aggravated Assault - Family Member
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          1397524
FIRST SETTING DATE:                       184

BAIL: $NO BOND
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS: *[handwritten:]* USED in Both Cause's Now against Me  *[handwritten:]* Did not Happen

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **DAVID WESLEY TUCKER** hereafter styled the Defendant, heretofore on or about AUGUST 7, 2013, did then and there unlawfully intentionally and knowingly threaten DAVID WESLEY TUCKER, JR., a member of the Defendant's family, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 25, 1985, in Cause Number 0426567, in the 232ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0426567 was final, the Defendant committed the felony of FORGED CHECK and was finally convicted of that offense on OCTOBER 13, 1988, in Cause Number 0497978, in the 178TH DISTRICT COURT of HARRIS County, Texas.

PROBABLE CAUSE

Affiant Matthew Murphy is a certified Peace Officer with the Harris County Sheriff's Office. Affiant believes and has reason to believe that DAVID WESLEY TUCKER, hereafter referred to as Defendant, committed the offense of AGGRAVATED ASSAULT FAMILY MEMBER, at 10107 Edwards Street, Houston, Harris County, Texas on or about August 7, 2013. Affiant bases his beliefs on the following facts:

On August 7, 2013, Affiant was dispatched to 10107 Edwards Street, in Harris County, Texas in response to an aggravated assault call. Upon arrival Affiant met with the Complainant, DAVID WESLEY TUCKER JR., who Affiant found to be a credible and reliable person hereafter referred to as the complainant. The Complainant told Affiant that he knows the defendant by name and sight as DAVID WESLEY TUCKER who is the father of the complainant. The Complainant told Affiant that on August 7, 2013, he was at a family gathering located at 10107 Edwards Street, Houston, Harris County, Texas having a family gathering drinking beer with the defendant. The complainant told Affiant that after drinking for a while, the defendant became intoxicated and wanted to fight everyone at the family gathering. The Complainant told the defendant to go home to his trailer (located at the end of the street) and go to bed. The defendant became upset over this and let the gathering.

A short time later, the defendant returned to the family gathering and was holding a kitchen knife. The defendant walked up to the complainant and began slashing the knife at him. The complainant reacted by putting his hands up in a defensive manner and backing away from the defendant. As the complainant did this, the defendant cut the complainant on his left hand causing him pain.

*[handwritten:]* PROBLEMS, Defendant / Complainant CAN NOT READ NOR WRITE NOR ONE who told cops this. — See 11.07 Claims Both 11:07

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on August 10, 2013

_____ #847
AFFIANT

*[signature]* 
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.          BAR NO.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

COMPLAINT

Certified Document Number: 56905533 - Page 1 of 1

**STATE'S EXHIBIT**
A
PENGAD 800-631-6989